AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
## District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Donald Keith Ellison<br><br>_Defendant_ | )<br>)  Case No.  22-220 (RAM)<br>)<br>)<br>) |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2022.05.18
16:55:33
-04'00'

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  04/19/2022

_Defendant's signature_

_Signature of defendant's attorney_

Sonia Torres Pabón
_Printed name of defendant's attorney_

_Judge's signature_

Raúl M. Arias-Marxuach, U.S. District Judge
_Judge's printed name and title_