UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2022.05.18
16:52:37
-04'00'

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **DONALD KEITH ELLISON**, Defendant. | INFORMATION<br><br>CRIMINAL NO. 22-220 (RAM)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 201(c)(1)(A) – Count 1<br><br>ONE COUNT |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(18 U.S.C. § 201(c)(1)(A)**

From in or about February 2018 to in or about December 2018, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court, Defendant **DONALD KEITH ELLISON** did directly and indirectly give, offer and promise a thing of value to AHSHA NATEEF TRIBBLE, being a public official and employee of the Federal Emergency Management Agency (FEMA), otherwise than as provided by law for the proper discharge of official duty, for and because of an official act performed and to be performed by such official. All in violation of 18 U.S.C. § 201(c)(1)(A).

W. STEPHEN MULDROW
United States Attorney

SETH ERBE
Digitally signed by SETH ERBE
Date: 2022.04.21 08:33:43 -04'00'

Seth A. Erbe
Assistant U.S. Attorney
Chief, Financial Fraud &
Public Corruption Section

MYRIAM FERNANDEZ
Digitally signed by MYRIAM FERNANDEZ
Date: 2022.04.21 08:46:17 -04'00'

Myriam Y. Fernandez-Gonzalez
Assistant U.S. Attorney
Chief, Asset Recovery &
Money Laundering Unit